#95-10433
wilkerson

## UNION BANK OF CALIFORNIA

16-49/1220
CHECK NUMBER
1001

J. MARSHALL MILLER
P.O. BOX 13746
NEW ORLEANS, LA 70185-3746

Debtors Portion of 1995 Tax Refund. Debtors could not be located after numerous ttempts.

| DATE | AMOUNT |
|---|---|
| 6/30/2005 | $*******2,950.02 |

PAY TO THE ORDER OF
Clerk Of Bankruptcy Court, Eastern District Of
Louisiana
500 Poydras Street
Suite 601B
New Orleans, Louisiana 70130

| CASE NUMBER | DEBTOR |
|---|---|
| 95-10433 | Debtor: WILKERSON, ROBERT JAMES<br>Joint Debtor: AMY JO WILKERSON |

Two Thousand Nine Hundred Fifty Dollars And 02/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆220004961⑆ 213002180O⑈

```
UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
    New Orleans Division

# 00216799 - KF
  July 8, 2005
  12:24 pm

Code    Case #    Qty      Amount

TREASURY 95-10433          2,950.02 CK


TOTAL→                     2,950.02




FROM: MILLER
```

| 1001 | Amount: $2,950.02 |
|---|---|
| BERT JAMES | |
| rict Of Louisiana | Trustee: P.O. BOX 13746<br>NEW ORLEANS, LA 70185-3746 |
| rs could not be located after numerous ttempts. | |

RELIEF
ORDERED

# 2950 ⁰²
deposited to
Treasury 6047BK
on 7/8/05

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
P.O. Box 13746
New Orleans, Louisiana 70185-3746
Tel: (504) 865-7873 / Fax: (504) 865-7910

July 1, 2005

Financial Administrator
United States Bankruptcy Court
500 Poydras St., Room B-601
New Orleans, LA 70130

Re: **Bankruptcy Case # 95-10433, Section A**
**WILKERSON, ROBERT JAMES**
**WILKERSON, AMY JO**

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit tot he registry of the Court, my check on this estate's bank account, which represents amounts due to:

| Debtors' name and address | Amount, pursuant to Rule 3011 |
|---|---|
| Robert James & Amy Jo Wilkerson | $2,950.02 |

My check is being sent to you because I issued a check for the same amount to the debtors referenced above and it has been returned to as debtors cannot be located.

With best regards, I remain

Sincerely,

J. Marshall Miller

JMM/lg
Enclosure